JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Jesus Antonio Leon,                 )   Case No. **CV 12-8947-JFW**
                                    )   [CR 11-332-JFW]
                Petitioner,         )
                                    )   **JUDGMENT**
        v.                          )
                                    )
United States of America,           )
                                    )
                Respondent.         )
_____     )

     Pursuant to this Court's February 20, 2013 Order denying

Petitioner Jesus Antonio Leon's motion to vacate, set aside,

or correct sentence by a person in federal custody pursuant

to 28 U.S.C. § 2255,

     IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND

DECREED, that the above-captioned action is dismissed with

prejudice.

     If Petitioner gives timely notice of an appeal from this

Order, such notice shall be treated as an application for a

certificate of appealability, 28 U.S.C. § 2253(c), which will

not issue because Petitioner has failed to make a substantial

showing of the denial of a constitutional right. *Miller-El v.*

1  *Cockrell*, 537 U.S. 322(2003); *Williams v. Woodford,* 384 F.3d

2  567 (9th Cir. 2004).

3

4

5  Dated: February 20, 2013

                                      JOHN F. WALTER

6                           UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28