JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jesus Antonio Leon,<br><br>        Petitioner,<br><br>    v.<br><br>United States of America,<br><br>        Respondent. | Case No. **CV 12-8947-JFW**<br>[CR 11-332-JFW]<br><br>**JUDGMENT** |

    Pursuant to this Court's February 20, 2013 Order denying Petitioner Jesus Antonio Leon's motion to vacate, set aside, or correct sentence by a person in federal custody pursuant to 28 U.S.C. § 2255,

    IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.

    If Petitioner gives timely notice of an appeal from this Order, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will not issue because Petitioner has failed to make a substantial showing of the denial of a constitutional right. *Miller-El v.*

*Cockrell*, 537 U.S. 322(2003); *Williams v. Woodford,* 384 F.3d 567 (9th Cir. 2004).

Dated: February 20, 2013

                                      JOHN F. WALTER
                                UNITED STATES DISTRICT JUDGE

2